# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

ALPHONSE JOHNSON,                          *
                                           *
            Plaintiff,                      *          CIVIL ACTION NO.: 5:22-cv-49
                                           *
     v.                                     *
                                           *
RAMSEY BENNETT, et al.,                     *
                                           *
            Defendants.                     *

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 4.  Plaintiff did not file Objections to this Report and Recommendation.[1]

Thus, after an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, **DISMISSES** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate

---

[1]     Plaintiff filed an "Answer" on the day his Objections were due. Dkt. No. 5.  However, nothing in this filing is responsive to the Report and Recommendation, as Plaintiff merely repeats the allegations in his Complaint.  Accordingly, the Court does not construe this "Answer" as Objections.

judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

    **SO ORDERED**, this _____30_____ day of _____March_____, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)