AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ALPHONSE JOHNSON,

    Plaintiff,

               v.

RAMSEY BENNETT, et al.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:22cv-49

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order dated March 31, 2023, the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Plaintiff's complaint is dismissed, and Plaintiff is denied in forma pauperis status on appeal. This case stands closed.

Approved by: _____

Date: April 3, 2023

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020